UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JINGQI X.,[1]

        Petitioner,

    v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

        Respondent.

No.  1:26-cv-03871-TLN-SCR

(A# 206-038-153)

**ORDER**

Petitioner is a *pro se* federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2026, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 10.)  Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

---

[1]    The Court omits Petitioner's full name to protect sensitive personal information.  *See* Memorandum Re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 10) are adopted in full.

2. Respondent's motion to dismiss (ECF No. 7) is DENIED.

3. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED with respect to claim one.

4. Respondent is ordered to IMMEDIATELY RELEASE Petitioner (A# 206-038-153). At the time of release, Respondent must return all of Petitioner's documents and possessions.

5. Respondent is directed to file a **notice of compliance within two (2) court days of this Order**.

6. The Clerk of the Court is directed to serve the **California City Detention Facility** with a copy of this Order, enter judgment in Petitioner's favor, and close the case.

IT IS SO ORDERED.

Date: June 24, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE